CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 17 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID PAUL OQUINN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:08cv00426 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DOUG BAKER, et al., | ) | By: Hon. Glen E. Conrad |
|     Defendant(s). | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is

## ADJUDGED AND ORDERED

that plaintiff's claims against Doug Baker and Beverly Rose, alleging denial of access to courts, is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(e)(2), for failure to state any constitutional claim, and the clerk will terminate Baker and Rose as defendants, as they are no longer parties to the action. By separate order, the court will grant plaintiff's motion to amend to add additional claims against a new defendant, Ron Adkins, and the clerk will attempt service of process on plaintiff's behalf as to those remaining claims.

ENTER: This 17th day of September, 2008.

/s/ Glen E. Conrad
United States District Judge