CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 5 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID PAUL OQUINN, | ) |
| Plaintiff, | ) Case No. 7:08CV00426 |
| v. | ) ORDER |
| RON ADKINS, | ) By: Glen E. Conrad |
| Defendant(s). | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Defendant's motion to dismiss is **DENIED**;

2. Defendant **SHALL** file an answer within twenty (20) days from entry of this order; and

3. Defendant **SHALL** file any additional dispositive motion within thirty (30) days from the entry of this order. If no such motion is received, the court will schedule the matter for a jury trial.

The clerk shall send a copy of this order and the accompanying memorandum opinion to plaintiff and to defendant's counsel.

ENTER: This 25th day of March, 2009.

United States District Judge